**Opinion issued August 27, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00417-CV

_____

## IN RE LG CHEM LTD., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, LG Chem Ltd., has filed a petition for a writ of mandamus challenging the trial court's ruling on real party in interest Dunta White's motion to compel discovery responses.[1]

---

[1]  The underlying case is *Dunta White v. H Town Vape Inc., LG Chem Ltd., MRL Distributor LLC d/b/a MES Distributor, Perfection Pen LLC, Sysmax Industry Trading Co., Ltd., Teodick Eisaghalian d/b/a Made Man Mods, Morgan Roberts, LA Vapor, Inc., and Shenzhen Fest Technology Co. Ltd.*, Cause No. 2018-02182, in the 157th District Court of Harris County, Texas, the Honorable Tanya Garrison presiding.

We deny the petition.

**PER CURIAM**

Panel consists of Justices Lloyd, Goodman, and Landau.